IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41271
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERICK MAURICIO CHAVEZ-AREVALO,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-98-CR-179-3
--------------------

August 24, 1999

Before KING, Chief Judge, and DAVIS and SMITH, Circuit Judges.

PER CURIAM:[*]

Erick Mauricio Chavez-Arevalo appeals his sentence following a guilty plea to possession of marijuana with intent to distribute. Chavez argues that the district court's determination that he possessed a firearm during the commission of the offense is clearly erroneous. Having reviewed the record and the briefs of the parties, we find no error and AFFIRM. See United States v. Ramos, 71 F.3d 1150, 1157-58 (5th Cir. 1995); United States v. Edwards, 65 F.3d 430, 433 (5th Cir. 1995).

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.